UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWNOTHY NEWTON , | ) | CASE NO.5:22-CV-01949 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| | ) | <u>AND ORDER</u> |
| Commissioner of Social Security | ) | |
| Defendant. | ) | |

For the reasons set forth in the ORDER filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Magistrate Judge's decision is ADOPTED IN WHOLE. The decision of the Commissioner is hereby REVERSED and the matter REMANDED for proceedings consistent with this opinion.

IT IS SO ORDERED.

Dated: <u>October 10, 2023</u>                                    <u>*/s/ John R. Adams*            </u>
                                                                                UNITED STATES DISTRICT JUDGE